SEP - 3 2025

3:25CV-635-JHM

FILED
JAMES J. VILT, JR. - CLERK

SEP 30 2025

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

⚖️ VERDIGRIS BOTANICA TRIBAL NATION TRUST ⚖️
FEDSTRIP ROUTING HEADER | SOVEREIGN POSTAL & DIPLOMATIC TRANSMISSION

Facility: 2900 Knox Ave, Vine Grove, KY 40175 | ZIP+4: 40175-9998
Finance No: 206402 | Permit: 11360 | CRID: 48717663 | EPS: 3873601 | PI: 498
Transmission Type: FEDERAL POSTAL PROCUREMENT – PRIORITY DIPLOMATIC
Handling: LEVEL 3 – FIDUCIARY SEALED – TREATY PROTECTED
Routing Date: June 29, 2025

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF KENTUCKY

Nathan Clayton Padgett and Alaina Letresia Michelle Padgett,

in their sovereign capacities as Postmasters General of the

Verdigris Botanica Tribal Nation Trust General Post Office,

Constitutionally Recognized Indigenous Electors and

Protected Persons under Domestic and International Law,

Plaintiffs,

v.

ANY AND ALL UNNAMED PARTIES, including but not limited to:

Law Enforcement Officers, Municipal Officers of Vine Grove, KY,

Hardin County Sheriff's Office, and any individuals, officers,

or agencies who may interfere with lawful re-entry or occupation

of sovereign tribal land.

Defendants.

Case No: [To Be Assigned]

COMPLAINT FOR INJUNCTIVE RELIEF, TEMPORARY RESTRAINING ORDER, AND CIVIL RIGHTS VIOLATIONS

(42 U.S.C. § 1983, Treaty Protections, and Mail Fraud Allegations)

## JURISDICTION & STANDING

1. This Court has jurisdiction under 28 U.S.C. § 1331 (federal question), 28 U.S.C. § 1343 (civil rights), 28 U.S.C. § 2201 (declaratory relief), and pursuant to constitutional and treaty obligations between the United States and sovereign Indigenous nations.

2. Plaintiffs stand in sovereign, spiritual, and fiduciary authority as co-Postmasters General of the Verdigris Botanica Tribal Nation Trust General Post Office, operating under federally-recognized OMAS election mail authority and tribal constitutional trust.

3. Plaintiffs are holders of Treasury-linked EPS, CRID, Permit, and REMIC-linked identifiers constituting valid legal tender, federal procurement activity, and secured settlement of the land known as the 88-acre parcel located at or near 2900 Knox Ave, Vine Grove, KY.

## SUMMARY OF ACTION

This action is filed preemptively to halt anticipated unlawful interference by any local or state agent with the peaceful, federally-recognized, and duly recorded re-entry onto tribal lands lawfully settled and declared as

sovereign jurisdiction under tribal postal authority, REMIC fiduciary process, and posted public record notices which were:

- Lawfully posted on-site using USPS postal stamps, video documented and published to public notice platforms including TikTok (creating notorious record);
- Documented via USPS Federal FOIA receipt acknowledgment and correspondence;
- Acknowledged by the Mayor's Office of Vine Grove per recorded phone acknowledgment of re-entry;
- Tied to active and valid Federal Election Mail Authority under OMAS Account, CRID 48717663, Permit 11360, EPS Account 3870265, and USPS Finance Number 206402;
- Linked to REMIC-backed fiduciary purchase orders and Treasury tender instruments.

## PARTIES

Plaintiffs:

- Alaina Letresia Michelle Padgett (DOB: [REDACTED]),
  Phone: (270) 401-8770
  Email: alaina@verdigrisbotanicanation.org
  Title: Postmaster General, Verdigris Botanica Tribal Nation Trust
- Nathan Clayton Padgett, same contact and title
- Supporting Officials:
  - Alana Diekhoff
  - Terri-Leigh Daniel

Defendants:

- "John Doe" individuals representing law enforcement or municipal agencies in Hardin County or Vine Grove, KY, and any federal or state agents acting without lawful jurisdiction or treaty-recognized authority.

## CLAIMS

Count I – Violation of Civil Rights (42 U.S.C. § 1983)

Interference with federal postal functions, tribal sovereignty, or election mail operations constitutes a violation of civil rights under color of law.

Count II – Declaratory and Injunctive Relief

To prevent unlawful seizure, arrest, or displacement from lawfully-settled and federally-documented sovereign land.

Count III – Treaty Violations

Failure to recognize federal trust and tribal sovereign jurisdiction violates treaty obligations under the U.S. Constitution (Article VI) and UNDRIP principles acknowledged by executive order.

Count IV – Mail Fraud / Obstruction (18 U.S.C. §§ 1341, 1701)

Any tampering with posted notices, federal postal claims, or the obstruction of election/OMAS mail is a federal felony.

## PRAYER FOR RELIEF

Plaintiffs seek:

1. Immediate Temporary Restraining Order barring any law enforcement action, arrest, or displacement from 2900 Knox Ave and surrounding 88 acres.

2. Declaratory judgment confirming federal recognition of REMIC-settlement, USPS-based jurisdiction, and treaty-based reentry authority.

3. Cease and desist orders against any unlawful interference with federal postal functions or tribal land management.

4. Monetary damages as the court deems just for any actual violations.

5. Costs of litigation and filing fees waived due to indigent tribal sovereign status.

## NOTICE TO LAW ENFORCEMENT AND MUNICIPAL AUTHORITIES

You are hereby placed on notice that any attempt to interfere with the lawful re-entry, occupation, or posting of the Verdigris Botanica Tribal Nation Trust on the above-referenced land will:

- Trigger immediate federal civil rights litigation;
- Be reported as mail fraud, treaty violation, and obstruction of federal election mail;
- Be documented for full enforcement under Title 18, Title 26, and sovereign postal jurisdiction.

Your office is instructed to forward this filing to your legal counsel immediately and to stand down unless ordered otherwise by a federal

court.

## MEMORANDUM OF UNDERSTANDING

Between the Verdigris Botanica Tribal Nation Trust
and
The Government of the United States

With the Voice of the Ancestors, and the Law of the Living
Let this record stand eternal. We, the sovereign stewards and living heirs of the Verdigris Botanica Tribal Nation Trust, do hereby publish, proclaim, and enforce this Memorandum of Understanding (MOU) with the United States Government, its branches, agencies, and contractors, to assert our lawful standing, ancestral jurisdiction, and present-day authority in trust, title, treaty, and spirit

.



Shipment No.
2510318317P00317
SOD      Fedstrip
TO317    18317P

By Alaina Padgett
Aug 25, 2025
Postmaster General
07:01:00 am



Alaina-Letresia J Padgett
MY COMM. EXPIRES
09/19/2028
NOTARY PUBLIC
ID # KYNP92798
STATE AT LARGE
KENTUCKY



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS. FOLD AT DOTTED LINE
UNITED STATES POSTAL SERVICE® CERTIFIED MAIL®

Postal

9489 0090 0027 6738 9440 87

Label 890-PB, Oct. 2015
Pitney Bowes

Verdigris Botanica Tribal Nation
c/o Alaina Padgett
728 Crescent Way
Radcliff KY [40160-2618]

LOUISVILLE KY 400
25 AUG 2025 PM 2 L

US District Court
601 W. Broadway
Ste 106
Louisville, KY 40202

RECEIVED
JAMES J. VILT, JR. - CLERK
AUG 28 2025
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

FILED
JAMES J. VILT, JR. - CLERK
SEP 30 2025
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

OFF: STITHTON RETURN
VERDIGRIS BOTANICA
TREATY MAIL VBTPA
PI 11360 NONDOMESTIC
FIN206402 OMAS

U.S. OFFICIAL MAIL   PENALTY FOR PRIVATE USE $300
US POSTAGE [M] PITNEY BOWES
ZIP 40108
02 7H    $ 021.000
0005952526  AUG 25 2025
Correction