**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO. 3:25-CV-635-JHM**

**NATHAN CLAYTON PADGETT** *et al.*                                        **PLAINTIFFS**

**v.**

**LAW ENFORCEMENT OFFICERS** *et al.*                                     **DEFENDANTS**

**ORDER**

Plaintiffs Nathan Clayton Padgett and Alaina Letresia Michelle Padgett initiated this *pro se* civil action alleging violations of their civil rights and other claims. On October 1, 2025, the Clerk of Court issued a notice of deficiency directing Plaintiffs, within 30 days, to sign the original complaint, to resubmit the complaint on the appropriate Court-approved form, and to either pay the $405 filing fee or file an application to proceed without prepayment of fees (DN 4). The Clerk also issued a notice on summons directing Plaintiffs to complete a summons form for each Defendant within 30 days (DN 5). The deadline for responding to the notices has passed, and Plaintiffs have failed to respond or take any other action in this case. Therefore, the Court will now order Plaintiffs to correct these deficiencies.

Accordingly, **IT IS ORDERED** that Plaintiffs shall each sign the original complaint **on or before December 15, 2025**.

**IT IS FURTHER ORDERED** that Plaintiffs shall file an amended complaint on the Court's civil complaint form and tender a summons form for each Defendant **on or before December 15, 2025**,

In filing the complaint on the Court-approved form, Plaintiffs must include all claims they wish to assert in this action and state specifically how they allege each Defendant violated their rights. The amended complaint shall **supersede**, or replace, the original complaint, and,

should Plaintiffs be granted leave to proceed without the prepayment of fees, the Court will conduct an initial review under 28 U.S.C. § 1915(e) of the amended complaint only.

In addition, **IT IS FURTHER ORDERED** that Plaintiffs shall, **on or before December 15, 2025**, either pay the $405 filing fee or file an application to proceed without prepayment of fees. Should Plaintiffs choose to pay the fee, they may send it to: United States District Court, Western District of Kentucky, 601 W. Broadway, Ste. 106, Louisville, KY 40202. Checks shall be made payable to Clerk, U.S. District Court. They may also call the Clerk's Office and pay by using a credit or debit card.

The **Clerk of Court is DIRECTED** to send Plaintiffs a copy of the last page of the original complaint for their signatures (DN 1, PageID#:6), a complaint form for filing a civil case, and a non-prisoner application to proceed without prepayment of fees with the instant case number affixed to each and the word "Amended" also affixed to the complaint form.

**Plaintiffs are WARNED that failure to comply fully with this Order within the time allotted will result in DISMISSAL of the instant action**.

Date:   November 17, 2025

Joseph H. McKinley Jr., Senior Judge
United States District Court

cc:   Plaintiffs, *pro se*
4414.010