# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION
# CIVIL ACTION NO. 3:25-CV-635-JHM

**NATHAN CLAYTON PADGETT** *et al.*　　　　　　　　　　　　　　**PLAINTIFFS**

**v.**

**LAW ENFORCEMENT OFFICERS** *et al.*　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

For the reasons set forth in the Memorandum entered this date, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** that the instant action is **DISMISSED without prejudice** pursuant to Fed. R. Civ. P. 41(b).

There being no just reason for delay in its entry, this is a **final Order**.

The Court further **certifies** that an appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date:　December 30, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　Joseph H. McKinley Jr., Senior Judge
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court

cc:　　Plaintiffs, *pro se*
4414.010